IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| KEITH MANUFACTURING CO. | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.  5:15-cv-9-JRG |
| | ) |
| CARGO FLOOR, B.V. and | ) |
| MAGNIDRIVE BV | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the *First Amended Complaint for Patent and Trademark Infringement* has been served on all counsel of record through electronic notice provided by the United States District Court for the Eastern District of Texas under Loc. R. E.D. Tex. 5(a)(3)(A) on this 11th day of June, 2015.


          */s/   John R. Mercy*
          John R. Mercy
          Texas State Bar No. 13947200
          MERCY ✯ CARTER ✯ TIDWELL, L.L.P.
          1724 Galleria Oaks Drive
          Texarkana, TX  75503
          Telephone:  (903) 794-9419
          Facsimile:  (903) 794-1268
          E-mail:  jmercy@texarkanalawyers.com